1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTHA LAMPLEY,                                  ) | Case No. 2:15-cv-01289-RFB-NJK |
|         Plaintiff(s),          ) | |
|                          ) | ORDER |
| vs.                                              ) | |
| THE KROGER CO., et al.,                          ) | |
|         Defendant(s).        ) | |

       Pending before the Court is a stipulation to extend various deadlines.  Docket No. 16.  The Court hereby **SETS** a hearing on that stipulation for 9:00 a.m. on September 24, 2015, in Courtroom 3D.

       **IT IS SO ORDERED.**

       DATED: September 21, 2015

                                 _____
                                   NANCY J. KOPPE
                                   United States Magistrate Judge