UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTHA LAMPLEY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC, et al.,<br><br>Defendants. | Case No. 2:15-cv-01289-RFB-NJK<br><br>**ORDER** |

    Before the Court is a Report and Recommendation issued by the Honorable Nancy Koppe, United States Magistrate Judge, regarding Defendant's Motion for leave to amend and the corresponding Motion to extend the deadline to Amend. ECF No. 50-51.

    On July 19, 2016, Judge Koppe recommended denying Defendant Smith's Food & Drug Centers, Inc. ("Smith's") Motion for leave to Amend and the corresponding Motion to extend the deadline to Amend. ECF No. 50-51. Judge Koppe based her recommendation on Smith's failure to establish the diligence required to satisfy Rule 16(b)'s good cause standard for amendment.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by August 5, 2016. No objections have been filed. The Court has reviewed the record in this case and agrees with Judge Koppe's recommendation that the motions be denied.

**IT IS HEREBY ORDERED** that the report and recommendation of Magistrate Judge Koppe (ECF No. 57) are ADOPTED in their entirety, and that Defendant's Motion for leave to amend and the corresponding Motion to extend the deadline to Amend are DENIED. ECF No. 50-51.

DATED this 19th day of September, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
2