Leland Eugene Backus, Esq.
Nevada State Bar No. 473
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
gbackus@backuslaw.com
Attorneys for Defendant
*Schur Consumer Products, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA LAMPLEY and REGINALD HAYES, | Case No.: 2:15-cv-01289-RFB-NJK |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT SCHUR CONSUMER PRODUCTS, INC.** |
| vs. | |
| SMITH'S FOOD AND DRUG CENTERS, INC., a corporation; SCHUR CONSUMER PRODUCTS, INC., a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant Schur Consumer Products, Inc. ("Defendant"), by and through its counsel of record, Backus, Carranza & Burden, and Plaintiffs Martha Lampley and Reginald Hayes ("Plaintiffs"), by and through their counsel of record, Tanner Law Firm, that the above-entitled matter is dismissed with prejudice as to Plaintiffs' claims against Defendant Schur Consumer Products, Inc., with each of the parties to bear its own fees and costs.

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED TO BY:

Dated this 26th day of January, 2017.

Dated this 26th day of January, 2017.

**TANNER LAW FIRM**

**BACKUS, CARRANZA & BURDEN**

By: /s/ David Tanner, Esq.
David A. Tanner, Esq.
Nevada State Bar No. 8282
8635 S. Eastern Ave.
Las Vegas, NV 89123
david@tannerlawfirm.com
Attorneys for Plaintiffs
*Martha Lampley and Reginald Hayes*

By: /s/ Leland Backus, Esq.
Leland Eugene Backus, Esq.
Nevada State Bar No. 473
3050 South Durango Drive
Las Vegas, NV 89117
gbackus@backuslaw.com
Attorneys for Defendant
*Schur Consumer Products, Inc.*

**IT IS SO ORDERED.**

DATED this __27th__ day of __January__, 2017.

_____
Hon. Richard F. Boulware, II
United States District Court
Case No. 2:15-cv-01289-RFB-NJK